United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Michael P. Simmons  
Brenda L. Simmons  
    Debtors

Case No. 18-13463-jkf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: PaulP    Page 1 of 1    Date Rcvd: Mar 29, 2019  
                       Form ID: trc    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 31, 2019.  
14164171        +PHEAA,    PO Box 8147,    Harrisburg, PA 17105-8147

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                           TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2019                                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 29, 2019 at the address(es) listed below:

      FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
      JAMES W. ZERILLO    on behalf of Joint Debtor Brenda L. Simmons jameszerillo@gmail.com, G28910@notify.cincompass.com  
      JAMES W. ZERILLO    on behalf of Debtor Michael P. Simmons jameszerillo@gmail.com, G28910@notify.cincompass.com  
      KARINA VELTER    on behalf of Creditor    U.S. Bank National Association amps@manleydeas.com  
      KEVIN G. MCDONALD    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com  
      SARAH ELISABETH BARNGROVER    on behalf of Creditor    U.S. Bank National Association amps@manleydeas.com  
      SCOTT WATERMAN    ECFmail@fredreiglech13.com, ECF_FRPA@Trustee13.com  
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
      WILLIAM MILLER*R    on behalf of Trustee WILLIAM MILLER*R ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com

                                                                                                         TOTAL: 9

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 18-13463-jkf
Chapter 13

In re: Debtor(s) (including Name and Address)

Michael P. Simmons
339 S Hanover St
Pottstown PA 19465-7023

Brenda L. Simmons
339 S Hanover St
Pottstown PA 19465-7023

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 03/29/2019.

Name and Address of Alleged Transferor(s):

Claim No. 8: PHEAA, PO Box 8147, Harrisburg, PA 17105

Name and Address of Transferee:

Educational Credit Management Corporation
P.O. Box 16408
St. Paul, MN 551160408

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    03/31/19

Tim McGrath
**CLERK OF THE COURT**