| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
### Chapter 13 Case No. 18-13463-AMC

MICHAEL P SIMMONS  
BRENDA L SIMMONS  
339 S HANOVER ST  
POTTSTOWN  PA   19465-7023

Petition Filed Date: 05/25/2018  
341 Hearing Date: 07/13/2018  
Confirmation Date: 01/09/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/22/2019 | $1,279.96 | | 02/19/2019 | $1,279.96 | | 03/18/2019 | $1,279.96 | |
| 04/22/2019 | $1,279.96 | | 05/20/2019 | $1,279.96 | | 06/17/2019 | $1,279.96 | |
| 07/15/2019 | $1,279.96 | | 08/19/2019 | $1,279.96 | | 09/23/2019 | $1,279.96 | |
| 10/23/2019 | $1,279.96 | 6269206000 | 11/18/2019 | $1,279.96 | 6339530000 | 12/26/2019 | $1,279.96 | 6425247000 |
| 01/21/2020 | $1,279.96 | 6495692000 | 02/19/2020 | $1,279.96 | 6567920000 | 03/26/2020 | $1,279.96 | 6662379001Cu |
| 04/21/2020 | $1,279.96 | 6728778000 | 05/19/2020 | $1,279.96 | 6800516000 | 06/22/2020 | $1,279.96 | 6882893000 |
| 07/20/2020 | $1,279.96 | 6952371000 | | | | | | |

**Total Receipts for the Period: $24,319.24    Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $29,199.20**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 10 | BECKET & LEE, LLP »» 010 | Unsecured Creditors | $1,119.30 | $222.80 | $896.50 |
| 5 | CITIBANK NA »» 005 | Unsecured Creditors | $2,140.45 | $448.97 | $1,691.48 |
| 6 | CITIBANK NA »» 006 | Unsecured Creditors | $4,545.83 | $953.58 | $3,592.25 |
| 14 | QUANTUM3 GROUP LLC as agent for »» 014 | Unsecured Creditors | $2,053.62 | $430.76 | $1,622.86 |
| 15 | QUANTUM3 GROUP LLC as agent for »» 015 | Unsecured Creditors | $1,750.45 | $367.17 | $1,383.28 |
| 16 | QUANTUM3 GROUP LLC as agent for »» 016 | Unsecured Creditors | $2,213.27 | $464.28 | $1,748.99 |
| 7 | DEPARTMENT STORE NATIONAL BANK »» 007 | Unsecured Creditors | $676.06 | $141.83 | $534.23 |
| 8 | EDUCATIONAL CREDIT MGMT CORP »» 008 | Unsecured Creditors | $21,666.73 | $4,545.02 | $17,121.71 |
| 9 | EDUCATIONAL CREDIT MGMT CORP »» 009 | Unsecured Creditors | $1,601.43 | $335.95 | $1,265.48 |
| 18 | FIRST NATL BANK OF OMAHA »» 018 | Unsecured Creditors | $4,291.02 | $900.13 | $3,390.89 |
| 2 | GRASSY SPRAIN GROUP INC »» 002 | Unsecured Creditors | $17,534.71 | $3,678.23 | $13,856.48 |
| 12 | LVNV FUNDING LLC »» 012 | Unsecured Creditors | $2,120.24 | $444.77 | $1,675.47 |
| 11 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 011 | Unsecured Creditors | $7,599.13 | $1,594.07 | $6,005.06 |

**Chapter 13 Case No. 18-13463-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 19 | PORTFOLIO RECOVERY ASSOCIATES »» 019 | Unsecured Creditors | $589.97 | $123.74 | $466.23 |
| 20 | PORTFOLIO RECOVERY ASSOCIATES »» 020 | Unsecured Creditors | $1,495.27 | $313.67 | $1,181.60 |
| 21 | PORTFOLIO RECOVERY ASSOCIATES »» 021 | Unsecured Creditors | $5,227.39 | $1,096.53 | $4,130.86 |
| 22 | PORTFOLIO RECOVERY ASSOCIATES »» 022 | Unsecured Creditors | $12,516.33 | $2,625.55 | $9,890.78 |
| 23 | PORTFOLIO RECOVERY ASSOCIATES »» 023 | Unsecured Creditors | $5,846.05 | $1,226.30 | $4,619.75 |
| 17 | SYNCHRONY BANK »» 017 | Unsecured Creditors | $6,056.00 | $1,270.39 | $4,785.61 |
| 13 | TD BANK USA NA »» 013 | Unsecured Creditors | $1,665.04 | $349.28 | $1,315.76 |
| 1 | TOYOTA MOTOR CREDIT CORP »» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | US BANK NA »» 003 | Unsecured Creditors | $4,756.29 | $997.70 | $3,758.59 |
| 4 | US BANK NA »» 004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 24 | JAMES W ZERILLO ESQ »» 024 | Attorney Fees | $1,800.00 | $1,800.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $29,199.20 | Current Monthly Payment: | $1,279.96 |
| Paid to Claims: | $24,330.72 | Arrearages: | $0.00 |
| Paid to Trustee: | $2,552.56 | Total Plan Base: | $72,717.84 |
| Funds on Hand: | $2,315.92 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.