# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | |
| **Michael P. Simmons** | : | Case No.: 18-13463 |
| **Brenda L. Simmons** | : | Chapter 13 |
| | : | Judge Ashely M. Chan |
| **Debtor(s).** | : | * * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

## WITHDRAWAL AND ENTRY OF APPEARANCE OF COUNSEL FOR CREDITOR

Now comes **Sarah E. Barngrover**, who shall be substituted for **Karina Velter** as counsel of record for creditor **U.S. Bank National Association** ("Creditor"). **Karina Velter** is no longer counsel for Creditor.

| | |
|---|---|
| /s/ Karina Velter | /s/ Sarah E. Barngrover |
| Karina Velter (94781) | Sarah E. Barngrover (323972) |
| Manley Deas Kochalski LLC | Manley Deas Kochalski LLC |
| P.O. Box 165028 | P.O. Box 165028 |
| Columbus, OH  43216-5028 | Columbus, OH  43216-5028 |
| Telephone: 614-220-5611 | 614-220-5611; Fax: 614-627-8181 |
| Fax: 614-627-8181 | sebarngrover@manleydeas.com |

18-017329_PS

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | |
| | **Case No.:** 18-13463 |
| **Michael P. Simmons** | **Chapter 13** |
| **Brenda L. Simmons** | **Judge Ashely M. Chan** |
| | * * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | |
| | |
| **U.S. Bank National Association** | **Related Document #** |
| **Movant,** | |
| vs | |
| | |
| **Michael P. Simmons** | |
| **Brenda L. Simmons** | |
| | |
| **Scott F. Waterman** | |
| **Respondents.** | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Withdrawal and Entry of Appearance of Counsel for Creditor was served on the parties listed below via e-mail notification:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Scott F. Waterman, Chapter 13 Trustee, Chapter 13 Trustee, 2901 St. Lawrence Ave. Suite 100, Reading, PA  19606, ECFMail@ReadingCh13.com

James W. Zerillo, Attorney for Michael P. Simmons and Brenda L. Simmons, 937 North Hanover Street, Pottstown, PA  19464, jameszerillo@gmail.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on March 6, 2021:

Michael P. Simmons and Brenda L. Simmons, 339 S Hanover St, Pottstown, PA  19465-7023


DATE: <u>March 6, 2021</u>

                                                       /s/ Sarah E. Barngrover
                                                       Sarah E. Barngrover, Esquire (323972)
                                                       Adam B. Hall (323867)
                                                       Manley Deas Kochalski LLC


18-017329_PS

        P.O. Box 165028  
        Columbus, OH  43216-5028  
        Telephone: 614-220-5611  
        Fax: 614-627-8181  
        Attorneys for Creditor  
        The case attorney for this file is Sarah E. Barngrover.  
        Contact email is sebarngrover@manleydeas.com

18-017329_PS