# IN THE UNITED STATES BANRUPCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

|  |  |  |
|---|---|---|
| Michael P. Simmons | : | Chapter 13 |
| & Brenda L. Simmons | : | |
| | : | No. 18-13463-amc |
| | : | |
| Debtor(s) | : | Attorney I.D. No. 40499 |

## CERTIFICATE OF NO RESPONSE

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection, or other responsive pleading to the Motion For Approval of Modification of Chapter 13 Plan Post-Confirmation filed on March 4, 2021.

The undersigned further certifies that he has reviewed the Court's Docket in this case and that no answer, objection, or other responsive pleading to the Motion appears thereon.

Dated: March 25, 2021

By: /s/ James W. Zerillo, Esq.
James W. Zerillo, Esquire
Counsel for Debtor
937 N. Hanover Street
Pottstown, PA 19464
Tel. (610) 326-9333