United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-13463-amc |
| Michael P. Simmons | Chapter 13 |
| Brenda L. Simmons | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 31, 2021 | Form ID: pdf900 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 02, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Michael P. Simmons, Brenda L. Simmons, 339 S Hanover St, Pottstown, PA 19465-7023 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Apr 02, 2021 | Signature: | /s/Joseph Speetjens |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 31, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| FREDERICK L. REIGLE | on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com ecf_frpa@trustee13.com |
| JAMES W. ZERILLO | on behalf of Joint Debtor Brenda L. Simmons jameszerillo@gmail.com G28910@notify.cincompass.com |
| JAMES W. ZERILLO | on behalf of Debtor Michael P. Simmons jameszerillo@gmail.com G28910@notify.cincompass.com |
| KEVIN G. MCDONALD | on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com |
| SARAH ELISABETH BARNGROVER | on behalf of Creditor U.S. Bank National Association amps@manleydeas.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Mar 31, 2021 | Form ID: pdf900 | Total Noticed: 1 |

WILLIAM MILLER*R           on behalf of Trustee WILLIAM MILLER*R ecfemail@FredReigleCh13.com  ECF_FRPA@Trustee13.com

TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  Michael P. Simmons | : | Chapter 13 |
|        & | : | |
|        Brenda L. Simmons | : | |
| | : | |
|        Debtors | : | Bky. No. 18-13463-amc |

## ORDER

**AND NOW**, this _____ day of _____, 2021, upon Notice and Hearing upon the Debtors' Motion for Modification of Post-Confirmation Plan Amendment:

It is hereby **ORDERED** that:

1. The proposed Modification of the Debtors' Chapter 13 Plan is approved.

Date: _____

**Date: March 31, 2021**

_____
**ASHELY M. CHAN,**
**U.S. BANKRUPTCY JUDGE**