| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
Chapter 13 Case No. 18-13463-AMC

MICHAEL P SIMMONS  
BRENDA L SIMMONS  
339 S HANOVER ST  
POTTSTOWN  PA   19465-7023

Petition Filed Date: 05/25/2018  
341 Hearing Date: 07/13/2018  
Confirmation Date: 01/09/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/21/2020 | $1,279.96 | 6495692000 | 02/19/2020 | $1,279.96 | 6567920000 | 03/26/2020 | $1,279.96 | 6662379001Cu |
| 04/21/2020 | $1,279.96 | 6728778000 | 05/19/2020 | $1,279.96 | 6800516000 | 06/22/2020 | $1,279.96 | 6882893000 |
| 07/20/2020 | $1,279.96 | 6952371000 | 08/24/2020 | $200.00 | 7033573000 | 09/21/2020 | $200.00 | 7101176000 |
| 10/26/2020 | $200.00 | 7183217000 | 11/23/2020 | $200.00 | 7254523000 | 12/28/2020 | $200.00 | 7325164000 |
| 01/25/2021 | $200.00 | 7403300000 | 02/22/2021 | $200.00 | 7470114000 | 03/22/2021 | $809.97 | 7543970000 |
| 04/20/2021 | $809.97 | 7610543000 | 05/24/2021 | $809.97 | 7691232000 | | | |

**Total Receipts for the Period: $12,789.63   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $33,029.11**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 10 | BECKET & LEE, LLP<br>»» 010 | Unsecured Creditors | $1,119.30 | $280.08 | $839.22 |
| 5 | CITIBANK NA<br>»» 005 | Unsecured Creditors | $2,140.45 | $550.56 | $1,589.89 |
| 6 | CITIBANK NA<br>»» 006 | Unsecured Creditors | $4,545.83 | $1,169.33 | $3,376.50 |
| 14 | QUANTUM3 GROUP LLC as agent for<br>»» 014 | Unsecured Creditors | $2,053.62 | $513.82 | $1,539.80 |
| 15 | QUANTUM3 GROUP LLC as agent for<br>»» 015 | Unsecured Creditors | $1,750.45 | $437.98 | $1,312.47 |
| 16 | QUANTUM3 GROUP LLC as agent for<br>»» 016 | Unsecured Creditors | $2,213.27 | $569.33 | $1,643.94 |
| 7 | DEPARTMENT STORE NATIONAL BANK<br>»» 007 | Unsecured Creditors | $676.06 | $173.91 | $502.15 |
| 8 | EDUCATIONAL CREDIT MGMT CORP<br>»» 008 | Unsecured Creditors | $21,666.73 | $5,573.36 | $16,093.37 |
| 9 | EDUCATIONAL CREDIT MGMT CORP<br>»» 009 | Unsecured Creditors | $1,601.43 | $400.72 | $1,200.71 |
| 18 | FIRST NATL BANK OF OMAHA<br>»» 018 | Unsecured Creditors | $4,291.02 | $1,103.80 | $3,187.22 |
| 2 | GRASSY SPRAIN GROUP INC<br>»» 002 | Unsecured Creditors | $17,534.71 | $4,510.46 | $13,024.25 |
| 12 | LVNV FUNDING LLC<br>»» 012 | Unsecured Creditors | $2,120.24 | $530.54 | $1,589.70 |
| 11 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 011 | Unsecured Creditors | $7,599.13 | $1,954.74 | $5,644.39 |
| 19 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 019 | Unsecured Creditors | $589.97 | $139.39 | $450.58 |

**Chapter 13 Case No. 18-13463-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 20 | PORTFOLIO RECOVERY ASSOCIATES »» 020 | Unsecured Creditors | $1,495.27 | $374.16 | $1,121.11 |
| 21 | PORTFOLIO RECOVERY ASSOCIATES »» 021 | Unsecured Creditors | $5,227.39 | $1,344.65 | $3,882.74 |
| 22 | PORTFOLIO RECOVERY ASSOCIATES »» 022 | Unsecured Creditors | $12,516.33 | $3,219.59 | $9,296.74 |
| 23 | PORTFOLIO RECOVERY ASSOCIATES »» 023 | Unsecured Creditors | $5,846.05 | $1,503.77 | $4,342.28 |
| 17 | SYNCHRONY BANK »» 017 | Unsecured Creditors | $6,056.00 | $1,557.80 | $4,498.20 |
| 13 | TD BANK USA NA »» 013 | Unsecured Creditors | $1,665.04 | $416.63 | $1,248.41 |
| 1 | TOYOTA MOTOR CREDIT CORP »» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | US BANK NA »» 003 | Unsecured Creditors | $4,756.29 | $1,223.44 | $3,532.85 |
| 4 | US BANK NA »» 004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 24 | JAMES W ZERILLO ESQ »» 024 | Attorney Fees | $1,800.00 | $1,800.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $33,029.11 | Current Monthly Payment: | $809.97 |
| Paid to Claims: | $29,348.06 | Arrearages: | $809.97 |
| Paid to Trustee: | $2,856.96 | Total Plan Base: | $72,717.64 |
| Funds on Hand: | $824.09 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.