# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Michael P. Simmons and | : | Chapter 13 |
| Brenda L. Simmons, | : | |
| Debtors | : | Case No.  18-13463-amc |
| | : | |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES
## PURSUANT TO FED. R. BANKR. P. 2002

TO THE COURT:

Kindly enter my appearance on behalf of Michael P. Simmons and Brenda L. Simmons in the above-captioned matter.  Pursuant to Bankruptcy Rule 2002, all notices and pleadings should be forward to the address set forth below:

>Joseph Quinn, Esquire
>Ross, Quinn & Ploppert, P.C.
>192 S Hanover Street, Suite 101
>Pottstown, PA 19464
>courtnotices@rqplaw.com

**ROSS, QUINN & PLOPPERT, P.C.**

By:  */s/ Joseph Quinn*
Joseph Quinn, Esquire
Attorney I.D. No. 307467
192 S. Hanover Street, Suite 101
Pottstown, PA 19464
T: 610.323.5300
F: 610.323.6081
JQuinn@rqplaw.com

Date:  October 29, 2021