Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022  
Chapter 13 Case No. 18-13463-AMC

MICHAEL P SIMMONS  
BRENDA L SIMMONS  
339 S HANOVER ST  
POTTSTOWN  PA    19465-7023

Petition Filed Date: 05/25/2018  
341 Hearing Date: 07/13/2018  
Confirmation Date: 01/09/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/20/2021 | $809.97 | 7610543000 | 05/24/2021 | $809.97 | 7691232000 | 06/21/2021 | $809.97 | 7756717000 |
| 07/19/2021 | $809.97 | 7821073000 | 08/23/2021 | $809.97 | 7896943000 | 09/20/2021 | $809.97 | 7960909000 |
| 10/18/2021 | $809.97 | 8023268000 | 11/23/2021 | $809.97 | 8098752000 | 12/20/2021 | $809.97 | 8158951000 |
| 01/18/2022 | $809.97 | 8216656000 | 03/03/2022 | $809.97 | 8315720000 | 03/22/2022 | $809.97 | 8353883000 |
| 04/18/2022 | $809.97 | 8411594000 | 05/23/2022 | $809.97 | 8482988000 | 06/21/2022 | $809.97 | 8540255000 |
| 07/21/2022 | $809.97 | 8600355000 | | | | | | |

**Total Receipts for the Period: $12,959.52    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $44,368.69**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 10 | BECKET & LEE, LLP<br>»» 010 | Unsecured Creditors | $1,119.30 | $387.96 | $731.34 |
| 5 | CITIBANK NA<br>»» 005 | Unsecured Creditors | $2,140.45 | $741.89 | $1,398.56 |
| 6 | CITIBANK NA<br>»» 006 | Unsecured Creditors | $4,545.83 | $1,607.21 | $2,938.62 |
| 14 | QUANTUM3 GROUP LLC as agent for<br>»» 014 | Unsecured Creditors | $2,053.62 | $711.79 | $1,341.83 |
| 15 | QUANTUM3 GROUP LLC as agent for<br>»» 015 | Unsecured Creditors | $1,750.45 | $606.72 | $1,143.73 |
| 16 | QUANTUM3 GROUP LLC as agent for<br>»» 016 | Unsecured Creditors | $2,213.27 | $782.50 | $1,430.77 |
| 7 | DEPARTMENT STORE NATIONAL BANK<br>»» 007 | Unsecured Creditors | $676.06 | $234.37 | $441.69 |
| 8 | EDUCATIONAL CREDIT MGMT CORP<br>»» 008 | Unsecured Creditors | $21,666.73 | $7,660.41 | $14,006.32 |
| 9 | EDUCATIONAL CREDIT MGMT CORP<br>»» 009 | Unsecured Creditors | $1,601.43 | $555.08 | $1,046.35 |
| 18 | FIRST NATL BANK OF OMAHA<br>»» 018 | Unsecured Creditors | $4,291.02 | $1,517.13 | $2,773.89 |
| 2 | GRASSY SPRAIN GROUP INC<br>»» 002 | Unsecured Creditors | $17,534.71 | $6,199.49 | $11,335.22 |
| 12 | LVNV FUNDING LLC<br>»» 012 | Unsecured Creditors | $2,120.24 | $734.90 | $1,385.34 |
| 11 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 011 | Unsecured Creditors | $7,599.13 | $2,686.73 | $4,912.40 |
| 19 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 019 | Unsecured Creditors | $589.97 | $204.47 | $385.50 |

**Chapter 13 Case No. 18-13463-AMC**

| | | | | | |
|---|---|---|---|---|---:|
| 20 | PORTFOLIO RECOVERY ASSOCIATES »» 020 | Unsecured Creditors | $1,495.27 | $518.30 | $976.97 |
| 21 | PORTFOLIO RECOVERY ASSOCIATES »» 021 | Unsecured Creditors | $5,227.39 | $1,848.17 | $3,379.22 |
| 22 | PORTFOLIO RECOVERY ASSOCIATES »» 022 | Unsecured Creditors | $12,516.33 | $4,425.21 | $8,091.12 |
| 23 | PORTFOLIO RECOVERY ASSOCIATES »» 023 | Unsecured Creditors | $5,846.05 | $2,066.90 | $3,779.15 |
| 17 | SYNCHRONY BANK »» 017 | Unsecured Creditors | $6,056.00 | $2,141.14 | $3,914.86 |
| 13 | TD BANK USA NA »» 013 | Unsecured Creditors | $1,665.04 | $577.13 | $1,087.91 |
| 1 | TOYOTA MOTOR CREDIT CORP »» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | US BANK NA »» 003 | Unsecured Creditors | $4,756.29 | $1,681.56 | $3,074.73 |
| 4 | US BANK NA »» 004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 24 | JAMES W ZERILLO ESQ »» 024 | Attorney Fees | $1,800.00 | $1,800.00 | $0.00 |
| 0 | ROSS, QUINN & PLOPPERT, P.C. | Attorney Fees | $0.00 | $0.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---:|---|---:|
| Total Receipts: | $44,368.69 | Current Monthly Payment: | $809.97 |
| Paid to Claims: | $39,689.06 | Arrearages: | $809.97 |
| Paid to Trustee: | $3,828.96 | Total Plan Base: | $72,717.64 |
| Funds on Hand: | $850.67 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.