Office Mailing Address:                                        Send Payments **ONLY** to:
Scott F. Waterman, Trustee                                   Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100                                        P.O. Box 680
Reading, PA  19606                                          Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
### Chapter 13 Case No. 18-13463-AMC

MICHAEL P SIMMONS                              Petition Filed Date: 05/25/2018
BRENDA L SIMMONS                               341 Hearing Date: 07/13/2018
339 S HANOVER ST                              Confirmation Date: 01/09/2019
POTTSTOWN  PA    19465-7023

Case Status: Open / Unconfirmed
## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/23/2022 | $809.97 | 8662996000 | 09/19/2022 | $809.97 | 8717102000 | 10/24/2022 | $809.97 | 8784892000 |
| 11/21/2022 | $809.97 | 8838782000 | 12/19/2022 | $809.97 | 8891117000 | 01/23/2023 | $809.97 | 8955326000 |
| 02/22/2023 | $809.97 | 2/22/2023 | 03/20/2023 | $809.97 | 9065150000 | 04/24/2023 | $809.97 | 9127719000 |
| 05/24/2023 | $809.97 | 9180682000 | 06/20/2023 | $809.97 | 9230373000 | 07/17/2023 | $809.97 | 9279837000 |

**Total Receipts for the Period: $9,719.64   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $54,088.33**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 10 | CAPITAL ONE NA<br>»» 010 | Unsecured Creditors | $1,119.30 | $488.59 | $630.71 |
| 5 | CITIBANK NA<br>»» 005 | Unsecured Creditors | $2,140.45 | $934.35 | $1,206.10 |
| 6 | CITIBANK NA<br>»» 006 | Unsecured Creditors | $4,545.83 | $1,984.43 | $2,561.40 |
| 14 | QUANTUM3 GROUP LLC as agent for<br>»» 014 | Unsecured Creditors | $2,053.62 | $896.45 | $1,157.17 |
| 15 | QUANTUM3 GROUP LLC as agent for<br>»» 015 | Unsecured Creditors | $1,750.45 | $764.14 | $986.31 |
| 16 | QUANTUM3 GROUP LLC as agent for<br>»» 016 | Unsecured Creditors | $2,213.27 | $966.16 | $1,247.11 |
| 7 | DEPARTMENT STORE NATIONAL BANK<br>»» 007 | Unsecured Creditors | $676.06 | $295.16 | $380.90 |
| 8 | EDUCATIONAL CREDIT MGMT CORP<br>»» 008 | Unsecured Creditors | $21,666.73 | $9,458.39 | $12,208.34 |
| 9 | EDUCATIONAL CREDIT MGMT CORP<br>»» 009 | Unsecured Creditors | $1,601.43 | $699.06 | $902.37 |
| 18 | FIRST NATL BANK OF OMAHA<br>»» 018 | Unsecured Creditors | $4,291.02 | $1,873.20 | $2,417.82 |
| 2 | GRASSY SPRAIN GROUP INC<br>»» 002 | Unsecured Creditors | $17,534.71 | $7,654.59 | $9,880.12 |
| 12 | LVNV FUNDING LLC<br>»» 012 | Unsecured Creditors | $2,120.24 | $925.53 | $1,194.71 |
| 11 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 011 | Unsecured Creditors | $7,599.13 | $3,317.33 | $4,281.80 |
| 19 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 019 | Unsecured Creditors | $589.97 | $257.51 | $332.46 |
| 20 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 020 | Unsecured Creditors | $1,495.27 | $652.77 | $842.50 |

**Chapter 13 Case No. 18-13463-AMC**

| 21 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 021 | Unsecured Creditors | $5,227.39 | $2,281.96 | $2,945.43 |
|---|---|---|---|---|---|
| 22 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 022 | Unsecured Creditors | $12,516.33 | $5,463.86 | $7,052.47 |
| 23 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 023 | Unsecured Creditors | $5,846.05 | $2,552.03 | $3,294.02 |
| 17 | SYNCHRONY BANK<br>»» 017 | Unsecured Creditors | $6,056.00 | $2,643.68 | $3,412.32 |
| 13 | TD BANK USA NA<br>»» 013 | Unsecured Creditors | $1,665.04 | $726.86 | $938.18 |
| 1 | TOYOTA MOTOR CREDIT CORP<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | US BANK NA<br>»» 003 | Unsecured Creditors | $4,756.29 | $2,076.24 | $2,680.05 |
| 4 | US BANK NA<br>»» 004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 24 | JAMES W ZERILLO ESQ<br>»» 024 | Attorney Fees | $1,800.00 | $1,800.00 | $0.00 |
| 0 | ROSS, QUINN & PLOPPERT, P.C. | Attorney Fees | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $54,088.33 | Current Monthly Payment: | $809.97 |
| Paid to Claims: | $48,712.29 | Arrearages: | $809.97 |
| Paid to Trustee: | $4,638.96 | Total Plan Base: | $72,717.64 |
| Funds on Hand: | $737.08 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/
  for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.