| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
Chapter 13 Case No. 18-13463-AMC

MICHAEL P SIMMONS
BRENDA L SIMMONS
339 S HANOVER ST
POTTSTOWN  PA    19465-7023

Petition Filed Date: 05/25/2018
341 Hearing Date: 07/13/2018
Confirmation Date: 01/09/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/22/2023 | $809.97 | 9339844000 | 09/19/2023 | $809.97 | 9386794000 | 10/23/2023 | $809.97 | 9445365000 |
| 11/21/2023 | $809.97 | 9492887000 | 12/18/2023 | $809.97 | 9538781000 | 01/22/2024 | $809.97 | 9594831000 |
| 02/20/2024 | $809.97 | 9641141000 | 03/18/2024 | $809.97 | 9690175000 | 04/22/2024 | $809.97 | 9747043000 |
| 05/20/2024 | $809.97 | 9793925000 | 06/17/2024 | $809.97 | 9838452000 | 07/22/2024 | $809.97 | 9893613000 |

**Total Receipts for the Period: $9,719.64   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $64,617.94**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 10 | CAPITAL ONE NA<br>»» 010 | Unsecured Creditors | $1,119.30 | $572.37 | $546.93 |
| 5 | CITIBANK NA<br>»» 005 | Unsecured Creditors | $2,140.45 | $1,094.55 | $1,045.90 |
| 6 | CITIBANK NA<br>»» 006 | Unsecured Creditors | $4,545.83 | $2,355.50 | $2,190.33 |
| 14 | QUANTUM3 GROUP LLC as agent for<br>»» 014 | Unsecured Creditors | $2,053.62 | $1,050.16 | $1,003.46 |
| 15 | QUANTUM3 GROUP LLC as agent for<br>»» 015 | Unsecured Creditors | $1,750.45 | $895.15 | $855.30 |
| 16 | QUANTUM3 GROUP LLC as agent for<br>»» 016 | Unsecured Creditors | $2,213.27 | $1,146.81 | $1,066.46 |
| 7 | DEPARTMENT STORE NATIONAL BANK<br>»» 007 | Unsecured Creditors | $676.06 | $336.60 | $339.46 |
| 8 | EDUCATIONAL CREDIT MGMT CORP<br>»» 008 | Unsecured Creditors | $21,666.73 | $11,226.96 | $10,439.77 |
| 9 | EDUCATIONAL CREDIT MGMT CORP<br>»» 009 | Unsecured Creditors | $1,601.43 | $818.90 | $782.53 |
| 18 | FIRST NATL BANK OF OMAHA<br>»» 018 | Unsecured Creditors | $4,291.02 | $2,223.47 | $2,067.55 |
| 2 | GRASSY SPRAIN GROUP INC<br>»» 002 | Unsecured Creditors | $17,534.71 | $9,085.88 | $8,448.83 |
| 12 | LVNV FUNDING LLC<br>»» 012 | Unsecured Creditors | $2,120.24 | $1,084.21 | $1,036.03 |
| 11 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 011 | Unsecured Creditors | $7,599.13 | $3,937.63 | $3,661.50 |
| 19 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 019 | Unsecured Creditors | $589.97 | $293.66 | $296.31 |
| 20 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 020 | Unsecured Creditors | $1,495.27 | $764.68 | $730.59 |

**Chapter 13 Case No. 18-13463-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 21 | PORTFOLIO RECOVERY ASSOCIATES »» 021 | Unsecured Creditors | $5,227.39 | $2,708.65 | $2,518.74 |
| 22 | PORTFOLIO RECOVERY ASSOCIATES »» 022 | Unsecured Creditors | $12,516.33 | $6,485.51 | $6,030.82 |
| 23 | PORTFOLIO RECOVERY ASSOCIATES »» 023 | Unsecured Creditors | $5,846.05 | $3,029.24 | $2,816.81 |
| 17 | SYNCHRONY BANK »» 017 | Unsecured Creditors | $6,056.00 | $3,138.02 | $2,917.98 |
| 13 | TD BANK USA NA »» 013 | Unsecured Creditors | $1,665.04 | $851.46 | $813.58 |
| 1 | TOYOTA MOTOR CREDIT CORP »» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | US BANK NA »» 003 | Unsecured Creditors | $4,756.29 | $2,464.47 | $2,291.82 |
| 4 | US BANK NA »» 004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 24 | JAMES W ZERILLO ESQ »» 024 | Attorney Fees | $1,800.00 | $1,800.00 | $0.00 |
| 0 | ROSS, QUINN & PLOPPERT, P.C. | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 24 | AMAZON CHASE VISA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 25 | CHASE BANK USA NA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 26 | CHASE BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 27 | FUTURE PAY | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 28 | GREAT LAKES | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 29 | PAYPAL CREDIT | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 30 | TARGET CARD SERVICES | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $64,617.94 | Current Monthly Payment: | $809.97 |
| Paid to Claims: | $57,363.88 | Arrearages: | $809.97 |
| Paid to Trustee: | $5,675.75 | Total Plan Base: | $72,717.64 |
| Funds on Hand: | $1,578.31 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.