UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In RE: Michael P. Simmons and Brenda L. Simmons      Case No.   18-13463

NOTICE OF CREDITOR ADDRESS CHANGE

**CREDITOR NAME:** Grassy Sprain Group, Inc.
Claim # 2

**FROM:**

Grassy Sprain Group, Inc.

9858 Clint Moore Road Suite C-11 #217

Boca Raton, FL 33496

**TO:**

Grassy Sprain Group, Inc.

1001 Yamato Road Ste 308

Boca Raton, FL 33431-4403

Date: 4-10-25

_____
Creditor Signature

APR 2 1 2025