United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-13463-amc |
| Michael P. Simmons | Chapter 13 |
| Brenda L. Simmons | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Jul 22, 2025 | Form ID: 138OBJ | Total Noticed: 63 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 24, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Michael P. Simmons, Brenda L. Simmons, 339 S Hanover St, Pottstown, PA 19465-7023 |
| 14112564 | | Amazon Chase VISA, PO Box 960013, Orlando, FL 32896-0013 |
| 14112569 | | Capital Management Services, LP, 690 1/2 S Ogden St, Buffalo, NY 14206-2317 |
| 14112570 | | Capital One Ban, PO Box 4199, Houston, TX 77210-4199 |
| 14112574 | | Circle Back Lending, Inc., PO Box 1719, Portland, OR 97207-1719 |
| 14126378 | + | Kevin G. McDonald, Esquire, KML Law Group, P.C., Atty for Toyota Motor Credit Corp, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14112588 | | Niagara Credit Solutions, Inc., 1212 Abbott Rd Ste D, Lackawanna, NY 14218-1900 |
| 14646724 | + | Ross, Quinn & Ploppert, P.C., 192 S Hanover Street, Suite 101, Pottstown, PA 19464-6096 |
| 14112603 | | Wawa, PO Box 6139, Sioux Falls, SD 57117-6139 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Jul 23 2025 00:20:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 23 2025 00:20:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14112566 | Email/Text: legal@arsnational.com | Jul 23 2025 00:20:00 | ARS National Services, Inc., PO Box 469100, Escondido, CA 92046-9100 |
| 14112563 | Email/Text: kristin.villneauve@allianceoneinc.com | Jul 23 2025 00:20:00 | Alliance One Receivables Management Inc., 4850 E Street Rd Ste 300, Trevose, PA 19053-6643 |
| 14112565 | Email/Text: bncnotifications@pheaa.org | Jul 23 2025 00:20:00 | American Education Services, PO Box 2461, Harrisburg, PA 17105-2461 |
| 14112567 | Email/Text: BarclaysBankDelaware@tsico.com | Jul 23 2025 00:20:00 | Barclays Bank Delaware, PO Box 8801, Wilmington, DE 19899-8801 |
| 14112568 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 23 2025 00:20:00 | Boscov's, PO Box 659622, San Antonio, TX 78265-9622 |
| 14112575 | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 23 2025 00:27:01 | Citi, PO Box 183071, Columbus, OH 43218-3071 |
| 14165010 | Email/PDF: bncnotices@becket-lee.com | Jul 23 2025 00:27:13 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14112571 | Email/Text: bnko@cpcrecovery.com | Jul 23 2025 00:20:00 | Central Portfolio Control, 10249 Yellow Circle Dr Ste 200, Minnetonka, MN 55343-9111 |

District/off: 0313-2                          User: admin                                          Page 2 of 4
Date Rcvd: Jul 22, 2025                       Form ID: 138OBJ                                  Total Noticed: 63

| | | | |
|---|---|---|---|
| 14112572 | | Email/PDF: ais.chase.ebn@aisinfo.com | |
| | | Jul 23 2025 00:26:54 | Chase, PO Box 94014, Palatine, IL 60094-4014 |
| 14112573 | | Email/PDF: ais.chase.ebn@aisinfo.com | |
| | | Jul 23 2025 00:27:13 | Chase Bank, PO Box 15123, Wilmington, DE 19850-5123 |
| 14112576 | | Email/PDF: Citi.BNC.Correspondence@citi.com | |
| | | Jul 23 2025 00:37:30 | Citi Cards, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 14163489 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | |
| | | Jul 23 2025 00:26:59 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14112577 | | Email/Text: mediamanagers@clientservices.com | |
| | | Jul 23 2025 00:20:00 | Client Services, Inc., PO Box 1503, Saint Peters, MO 63376-0027 |
| 14112578 | | Email/PDF: creditonebknotifications@resurgent.com | |
| | | Jul 23 2025 00:26:56 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 14164072 | | Email/Text: bnc-quantum@quantum3group.com | |
| | | Jul 23 2025 00:20:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14297569 | | Email/Text: ECMCBKNotices@ecmc.org | |
| | | Jul 23 2025 00:20:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 551160408 |
| 14112579 | | Email/Text: collecadminbankruptcy@fnni.com | |
| | | Jul 23 2025 00:20:00 | First Bankcard, PO Box 2557, Omaha, NE 68103-2557 |
| 14175918 | ^ | MEBN | |
| | | Jul 23 2025 00:16:08 | First National Bank of Omaha, c/o Brumbaugh and Quandahl, PC LLO, 14211 Arbor St, Ste 100, Omaha, NE 68144-2312 |
| 14112580 | | Email/Text: support@futurepay.com | |
| | | Jul 23 2025 00:20:00 | Future Pay, PO Box 17634, Salt Lake City, UT 84117-0634 |
| 14112581 | | Email/PDF: ais.sync.ebn@aisinfo.com | |
| | | Jul 23 2025 00:27:12 | Gap, PO Box 960017, Orlando, FL 32896-0017 |
| 14112582 | | Email/Text: tg@purchasedebt.com | |
| | | Jul 23 2025 00:20:00 | Grassy Sprain Group, Inc., 9858 Clint Moore Rd Ste C-11, Boca Raton, FL 33496-1034 |
| 14112583 | | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | |
| | | Jul 23 2025 00:20:00 | Great Lakes, PO Box 530229, Atlanta, GA 30353-0229 |
| 14112584 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | |
| | | Jul 23 2025 00:26:44 | Kohls, PO Box 2983, Milwaukee, WI 53201-2983 |
| 14112585 | | Email/Text: BarclaysBankDelaware@tsico.com | |
| | | Jul 23 2025 00:20:00 | LL Bean, PO Box 13337, Philadelphia, PA 19101-3337 |
| 14112586 | | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | Jul 23 2025 00:26:43 | LVNV Funding, PO Box 10497, Greenville, SC 29603-0497 |
| 14167488 | | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | Jul 23 2025 00:26:48 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14167121 | + | Email/Text: bankruptcydpt@mcmcg.com | |
| | | Jul 23 2025 00:20:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14112587 | | Email/PDF: Citi.BNC.Correspondence@citi.com | |
| | | Jul 23 2025 00:27:07 | Macys AE, PO Box 8053, Mason, OH 45040-8053 |
| 14112589 | | Email/Text: ngisupport@radiusgs.com | |
| | | Jul 23 2025 00:20:00 | Northland Group Inc., PO Box 390846, Minneapolis, MN 55439-0846 |
| 14112590 | ^ | MEBN | |
| | | Jul 23 2025 00:16:06 | Northstar Location Services, LLC., 4285 Genesee St, Cheektowaga, NY 14225-1943 |
| 14164171 | + | Email/Text: bncnotifications@pheaa.org | |
| | | Jul 23 2025 00:20:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14175920 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
| | | Jul 23 2025 00:37:33 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14114676 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
| | | Jul 23 2025 00:26:56 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 4 |
| Date Rcvd: Jul 22, 2025 | Form ID: 138OBJ | Total Noticed: 63 |

| Recip ID | Notice Type | Timestamp | Name and Address |
|---|---|---|---|
| 14112592 | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 23 2025 00:27:13 | Pay Pal Credit, PO Box 105658, Atlanta, GA 30348-5658 |
| 14112593 | Email/Text: pcabkt@phillips-cohen.com | Jul 23 2025 00:20:00 | Phillips & Cohen Associates, Ltd., 1002 Justison St, Wilmington, DE 19801-5148 |
| 14174697 | Email/Text: bnc-quantum@quantum3group.com | Jul 23 2025 00:20:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14174696 | Email/Text: bnc-quantum@quantum3group.com | Jul 23 2025 00:20:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14112594 | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 23 2025 00:26:46 | Sears, PO Box 6282, Sioux Falls, SD 57117-6282 |
| 14175376 | ^ MEBN | Jul 23 2025 00:16:24 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14112595 | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 23 2025 00:27:02 | Synchrony Bank Care Credit, PO Box 960061, Orlando, FL 32896-0061 |
| 14791569 | + Email/PDF: acg.acg.ebn@aisinfo.com | Jul 23 2025 00:27:18 | Synchrony Bank by, AIS InfoSource LP, 4515 N Santa Fe Ave, Oklahoma City OK 73118-7901 |
| 14172180 | + Email/Text: bncmail@w-legal.com | Jul 23 2025 00:20:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14112596 | Email/Text: bncmail@w-legal.com | Jul 23 2025 00:20:00 | Target Card Services, PO Box 660170, Dallas, TX 75266-0170 |
| 14122410 | + Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jul 23 2025 00:20:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14112597 | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jul 23 2025 00:20:00 | Toyota Motor Credit Corporation, 1000 Bridgeport Ave, Shelton, CT 06484-4660 |
| 14112598 | + Email/Text: bankruptcydepartment@tsico.com | Jul 23 2025 00:20:00 | Transworld Systems, Inc., 500 Virginia Dr Ste 514, Fort Washington, PA 19034-2733 |
| 14160877 | Email/Text: USBANK_bkmail@ecf.epiqsystems.com | Jul 23 2025 00:20:00 | U.S. Bank National Association, c/o U.S. Bank Home Mortgage,, a division of U.S. Bank N.A., 4801 Frederica Street, Owensboro, Kentucky 42301 |
| 14112600 | Email/Text: USBANK_bkmail@ecf.epiqsystems.com | Jul 23 2025 00:20:00 | US Bank Home Mortgage, 4801 Frederica St, Owensboro, KY 42301-7441 |
| 14129290 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jul 23 2025 00:20:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, St. Louis MO 63166-0108 |
| 14112599 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jul 23 2025 00:20:00 | US Bank, PO Box 790408, Saint Louis, MO 63179-0408 |
| 14112602 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 23 2025 00:20:00 | Victoria's Secret, PO Box 659450, San Antonio, TX 78265-9450 |
| 14112601 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 23 2025 00:20:00 | Victoria's Secret, PO Box 659728, San Antonio, TX 78265-9728 |

TOTAL: 54

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14297808 | * | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 551160408 |
| 14112591 | ## | Patenaude & Felix, A.P.C., 501 Corporate Dr, Canonsburg, PA 15317-8584 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

District/off: 0313-2                           User: admin                                    Page 4 of 4
Date Rcvd: Jul 22, 2025                        Form ID: 138OBJ                                Total Noticed: 63

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**


Date: Jul 24, 2025                        Signature:          /s/Gustava Winters


# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 22, 2025 at the address(es) listed below:**

**Name**                        **Email Address**

ADAM BRADLEY HALL
                        on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION amps@manleydeas.com

JOSEPH L QUINN
                        on behalf of Debtor Michael P. Simmons CourtNotices@rqplaw.com

JOSEPH L QUINN
                        on behalf of Joint Debtor Brenda L. Simmons CourtNotices@rqplaw.com

KEVIN G. MCDONALD
                        on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com

SCOTT F. WATERMAN [Chapter 13]
                        ECFMail@ReadingCh13.com

United States Trustee
                        USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 6

*Form 138OBJ* (6/24)–doc 84 – 83

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          )
   Michael P. Simmons                    )              Case No. 18–13463–amc
                                       )
                                       )
   Brenda L. Simmons                     )              Chapter: 13
                                       )
   Debtor(s).                           )

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: July 22, 2025                                    For The Court

                                              Timothy B. McGrath
                                              Clerk of Court