| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
**Chapter 13 Case No. 18-13463-AMC**

MICHAEL P SIMMONS  
BRENDA L SIMMONS  
339 S HANOVER ST  
POTTSTOWN  PA   19465-7023

Petition Filed Date: 05/25/2018  
341 Hearing Date: 07/13/2018  
Confirmation Date: 01/09/2019

Case Status: Completed on 7/ 1/2025

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/19/2024 | $809.97 | 9937229000 | 09/23/2024 | $809.97 | 9991701000 | 10/21/2024 | $809.97 | 1003654300 |
| 11/19/2024 | $809.97 | 1007917000 | 01/02/2025 | $809.97 | | 01/31/2025 | $809.97 | |
| 03/03/2025 | $809.97 | | 03/31/2025 | $809.97 | | 05/01/2025 | $809.97 | |
| 06/03/2025 | $809.97 | | 07/01/2025 | $809.97 | | | | |

**Total Receipts for the Period: $8,909.67   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $72,717.64**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 10 | CAPITAL ONE NA<br>»» 010 | Unsecured Creditors | $1,119.30 | $672.72 | $446.58 |
| 5 | CITIBANK NA<br>»» 005 | Unsecured Creditors | $2,140.45 | $1,286.46 | $853.99 |
| 6 | CITIBANK NA<br>»» 006 | Unsecured Creditors | $4,545.83 | $2,732.23 | $1,813.60 |
| 14 | QUANTUM3 GROUP LLC as agent for<br>»» 014 | Unsecured Creditors | $2,053.62 | $1,234.29 | $819.33 |
| 15 | QUANTUM3 GROUP LLC as agent for<br>»» 015 | Unsecured Creditors | $1,750.45 | $1,052.10 | $698.35 |
| 16 | QUANTUM3 GROUP LLC as agent for<br>»» 016 | Unsecured Creditors | $2,213.27 | $1,330.21 | $883.06 |
| 7 | DEPARTMENT STORE NATIONAL BANK<br>»» 007 | Unsecured Creditors | $676.06 | $406.39 | $269.67 |
| 8 | EDUCATIONAL CREDIT MGMT CORP<br>»» 008 | Unsecured Creditors | $21,666.73 | $13,022.48 | $8,644.25 |
| 9 | EDUCATIONAL CREDIT MGMT CORP<br>»» 009 | Unsecured Creditors | $1,601.43 | $962.47 | $638.96 |
| 18 | FIRST NATL BANK OF OMAHA<br>»» 018 | Unsecured Creditors | $4,291.02 | $2,579.06 | $1,711.96 |
| 2 | GRASSY SPRAIN GROUP INC<br>»» 002 | Unsecured Creditors | $17,534.71 | $10,538.98 | $6,995.73 |
| 12 | LVNV FUNDING LLC<br>»» 012 | Unsecured Creditors | $2,120.24 | $1,274.29 | $845.95 |
| 11 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 011 | Unsecured Creditors | $7,599.13 | $4,567.36 | $3,031.77 |
| 19 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 019 | Unsecured Creditors | $589.97 | $354.56 | $235.41 |
| 20 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 020 | Unsecured Creditors | $1,495.27 | $898.74 | $596.53 |

**Chapter 13 Case No. 18-13463-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 21 | PORTFOLIO RECOVERY ASSOCIATES »» 021 | Unsecured Creditors | $5,227.39 | $3,141.83 | $2,085.56 |
| 22 | PORTFOLIO RECOVERY ASSOCIATES »» 022 | Unsecured Creditors | $12,516.33 | $7,522.75 | $4,993.58 |
| 23 | PORTFOLIO RECOVERY ASSOCIATES »» 023 | Unsecured Creditors | $5,846.05 | $3,513.71 | $2,332.34 |
| 17 | SYNCHRONY BANK »» 017 | Unsecured Creditors | $6,056.00 | $3,639.87 | $2,416.13 |
| 13 | TD BANK USA NA »» 013 | Unsecured Creditors | $1,665.04 | $1,000.73 | $664.31 |
| 1 | TOYOTA MOTOR CREDIT CORP »» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | US BANK NA »» 003 | Unsecured Creditors | $4,756.29 | $2,858.63 | $1,897.66 |
| 4 | US BANK NA »» 004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 24 | JAMES W ZERILLO ESQ »» 024 | Attorney Fees | $1,800.00 | $1,800.00 | $0.00 |
| 0 | ROSS, QUINN & PLOPPERT, P.C. | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 24 | AMAZON CHASE VISA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 25 | CHASE BANK USA NA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 26 | CHASE BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 27 | FUTURE PAY | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 28 | GREAT LAKES | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 29 | PAYPAL CREDIT | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 30 | TARGET CARD SERVICES | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 31 | AMAZON CHASE VISA | Priority Crediors | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $72,717.64 | Current Monthly Payment: | $0.00 |
| Paid to Claims: | $66,389.86 | Arrearages: | $0.00 |
| Paid to Trustee: | $6,327.78 | Total Plan Base: | $72,717.64 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.